## Guletz, Matthew D.

| | |
|---|---|
| **From:** | Guletz, Matthew D. |
| **Sent:** | Thursday, August 26, 2010 5:05 PM |
| **To:** | Mitchell B. Stoddard |
| **Cc:** | Hohn, Christopher |
| **Subject:** | Nixon v. Enterprise - Enterprise's Discovery Requests |

Mitch,

Attached find Enterprise's (i) interrogatories, (ii) requests for production, and, (iii) certificate of service. For your convenience, I have also attached several authorizations requested by the discovery requests. Per your instructions of August 24, I am NOT mailing hard copies of these documents.

I received the copies of the documents at issue in your requests for admission (i.e., the Vehicle Buyers Order and Retail Installment Contract) this morning. Thanks for forwarding those.

Matt

  

Enterprise_Nixon -- COS for 1s...    Enterprise_Nixon - First _Rogs...    Enterprise_Nixon - First RFP.D...

   

Nixon Tax Request.pdf    TransUnion release.DOCX    CSC Credit Services release (E...    Experian release.DOC



**Matthew D. Guletz**
mguletz@thompsoncoburn.com
P: 314.552.6311
F: 314.552.7311
M: 314.602.6311

**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, MO  63101
www.thompsoncoburn.com



1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH B. NIXON, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Case No. 4:09-CV-01896-DJS |
| ) | |
| ENTERPRISE CAR SALES COMPANY ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of (i) Enterprise's First Set of Interrogatories Directed to Sarah B. Nixon, (ii) Enterprise's First Requests for Production of Documents to Sarah B. Nixon, and (iii) this Certificate of Service, were served via e-mail in Microsoft Word format to Mitchell B. Stoddard, counsel of record for Sarah B. Nixon, to his email address of record, mbs@clalaw.com, on this 26th day of August, 2010.

Respectfully submitted,

By: /s/Matthew D. Guletz
Christopher M. Hohn, #62067
Matthew D. Guletz, #529994
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (fax)
chohn@thompsoncoburn.com
mguletz@thompsoncoburn.com

*Attorneys for Defendant/Counterclaim Plaintiff
Enterprise Leasing Company of STL, LLC*