**Fiserv**

FISERV SOLUTIONS, INC
2465 CENTERLINE IND DR

MARYLAND HEIGHTS,MO 63043

| | |
|---|---|
| CHECK NO : | A16609 |
| CHECK DATE : | 12/19/2008 |
| PERIOD ENDING : | 12/19/2008 |
| PAY FREQUENCY : | BI-WEEKLY |

| | | | | |
|---|---|---|---|---|
| NIXON,SARAH BETH | ID NUMBER: QA35532606 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
| APT D | BASE RATE: 11.69 | FED: SINGLE 12 | FED: ST: | PRI: MO LOC1: LOC3: |
| 9082 TORCHLAMP LANE | SSN: | ST1: S 6 | DI / UC: | SEC: LOC2: LOC4: |
| ST LOUIS, MO 63121 | | ST2: | LOCAL: | LOC5: |

IMPORTANT MESSAGE

**HOURS AND EARNINGS**

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 80.00 | 935.44 | 1,861.75 | 21,422.96 |
| EXCUSED ABSNC | .00 | .00 | 1.00 | 11.00 |
| HOLIDAY | .00 | .00 | 56.00 | 643.73 |
| FL/PERS HOL | .00 | .00 | 24.00 | 269.54 |
| VACATION | .00 | .00 | 96.00 | 1,108.66 |
| PRIOR VAC | .00 | .00 | 8.00 | 88.00 |
| SICK | .00 | .00 | 32.00 | 374.17 |
| OVERTIME | 43.75 | 767.35 | 574.25 | 9,870.66 |
| BONUS SUP W/H | .00 | .00 | .00 | 163.32 |
| TOTAL H/E | 123.75 | 1,702.79 | 2,653.00 | 33,952.04 |

**TAXES AND DEDUCTIONS**

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 105.62 | 2,106.16 |
| MEDICARE TAX | 24.70 | 492.57 |
| FED INC TAX | .00 | 650.83 |
| PRI-STATE TAX | 64.00 | 1,018.00 |
| TOTAL TAXES | 194.32 | 4,267.56 |

**SPECIAL INFORMATION**

| | |
|---|---|
| W2GRP | 1.99 |

**PRE-TAX ITEMS**

| | | | | |
|---|---|---|---|---|
| PLIF2 | | -1.24 | | -31.75 |
| TOTAL PRE-TAX | | -1.24 | | -31.75 |
| TOTAL | 123.75 | 1,701.55 | 2,653.00 | 33,920.29 |

**AFTER-TAX ITEMS**

| | | |
|---|---|---|
| ADD | .86 | 22.36 |
| TOTAL PER DED | .86 | 22.36 |

**CURRENT NET PAY DISTRIBUTION**

| | |
|---|---|
| C 003540429698 | 1,506.37 |
| CHECK AMOUNT | .00 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,702.79 | -1.24 | 1,701.55 | 194.32 | .86 | 1,506.37 |
| Y-T-D | 33,952.04 | -31.75 | 33,920.29 | 4,267.56 | 22.36 | 29,630.37 |

TOTAL CURRENT NET PAY 1,506.37

© 2008 Ceridian Corporation. All rights reserved.

Grp. EXHIBIT
3

FISERV SOLUTIONS, INC
2465 CENTERLINE IND DR
MARYLAND HEIGHTS,MO 63043

CHECK NO : A16881
CHECK DATE : 1/2/2009
PERIOD ENDING : 12/27/2008
PAY FREQUENCY : BI-WEEKLY

| | | | | |
|---|---|---|---|---|
| NIXON,SARAH BETH | ID NUMBER: QA35532606 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
| APT D | BASE RATE: 11.69 | FED: SINGLE 12 | FED: ST: | PRI: MO LOC1: LOC3: |
| 9082 TORCHLAMP LANE | SSN: | ST1: S 6 | DI / UC: | SEC: LOC2: LOC4: |
| ST LOUIS, MO 63121 | | ST2: | LOCAL: | LOC5: |

IMPORTANT MESSAGE

HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 72.00 | 841.90 | 72.00 | 841.90 |
| HOLIDAY | 8.00 | 93.54 | 8.00 | 93.54 |
| FL/PERS HOL | .00 | .00 | .00 | .00 |
| VACATION | .00 | .00 | .00 | .00 |
| SICK | .00 | .00 | .00 | .00 |
| OVERTIME | 66.50 | 1,166.38 | 66.50 | 1,166.38 |
| TOTAL H/E | 146.50 | 2,101.82 | 146.50 | 2,101.82 |

TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 130.31 | 130.31 |
| MEDICARE TAX | 30.48 | 30.48 |
| FED INC TAX | 32.39 | 32.39 |
| PRI-STATE TAX | 86.00 | 86.00 |
| TOTAL TAXES | 279.18 | 279.18 |

SPECIAL INFORMATION

PRE-TAX ITEMS

AFTER-TAX ITEMS

| | | |
|---|---|---|
| ESLIF | 2.77 | 2.77 |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| C 003540429698 | 1,819.87 |
| CHECK AMOUNT | .00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL | 146.50 | 2,101.82 | 146.50 | 2,101.82 | TOTAL PER DED | 2.77 | 2.77 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2,101.82 | .00 | 2,101.82 | 279.18 | 2.77 | 1,819.87 |
| Y-T-D | 2,101.82 | .00 | 2,101.82 | 279.18 | 2.77 | 1,819.87 |

TOTAL CURRENT NET PAY 1,819.87

© 2008 Ceridian Corporation. All rights reserved.

| | | |
|---|---|---|
| FISERV SOLUTIONS, INC<br>2465 CENTERLINE IND DR<br><br>MARYLAND HEIGHTS,MO 63043 | CHECK NO : | A17152 |
| | CHECK DATE : | 1/16/2009 |
| | PERIOD ENDING : | 1/16/2009 |
| | PAY FREQUENCY : | BI-WEEKLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| . NIXON,SARAH BETH | ID NUMBER: QA35532606 | STATUS | EXEMPT | TAX ADJUSTMENTS: | | STATE AND LOCAL CODES | |
| APT D | BASE RATE: 11.69 | FED: SINGLE | 12 | FED: | ST: | PRI: MO LOC1: | LOC3: |
| 9082 TORCHLAMP LANE | SSN: | ST1: S | 6 | DI / UC: | | SEC: LOC2: | LOC4: |
| ST LOUIS, MO 63121 | | ST2: | | LOCAL: | | | LOC5: |

IMPORTANT MESSAGE

**HOURS AND EARNINGS**

| | CURRENT | | Y - T - D | |
|---|---|---|---|---|
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS |
| REGULAR | 72.00 | 841.90 | 144.00 | 1,683.80 |
| HOLIDAY | 8.00 | 93.55 | 16.00 | 187.09 |
| FL/PERS HOL | .00 | .00 | .00 | .00 |
| VACATION | .00 | .00 | .00 | .00 |
| SICK | .00 | .00 | .00 | .00 |
| OVERTIME | 55.75 | 977.82 | 122.25 | 2,144.20 |
| TOTAL H/E | 135.75 | 1,913.27 | 282.25 | 4,015.09 |

**TAXES AND DEDUCTIONS**

| | CURRENT | Y - T - D |
|---|---|---|
| DESCRIPTION | AMOUNT | AMOUNT |
| SO SEC TAX | 118.63 | 248.94 |
| MEDICARE TAX | 27.74 | 58.22 |
| FED INC TAX | 12.67 | 45.06 |
| PRI-STATE TAX | 76.00 | 162.00 |
| TOTAL TAXES | 235.04 | 514.22 |

**SPECIAL INFORMATION**

**PRE-TAX ITEMS**

**AFTER-TAX ITEMS**

| | | |
|---|---|---|
| ESLIF | 2.77 | 5.54 |

**CURRENT NET PAY DISTRIBUTION**

| | |
|---|---|
| C 003540429698 | 1,675.46 |
| CHECK AMOUNT | .00 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | 135.75 | 1,913.27 | 282.25 | 4,015.09 | |
| TOTAL PER DED | | | | 2.77 | 5.54 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,913.27 | .00 | 1,913.27 | 235.04 | 2.77 | 1,675.46 |
| Y-T-D | 4,0[illegible]09 | .00 | 4,015.09 | 514.22 | 5.54 | 3,495.33 |

TOTAL CURRENT NET PAY 1,675.46

© 2008 Ceridian Corporation. All rights reserved.

**FISERV**

FISERV SOLUTIONS, INC
2465 CENTERLINE IND DR

MARYLAND HEIGHTS,MO 63043

CHECK NO : A17422
CHECK DATE : 1/30/2009
PERIOD ENDING : 1/30/2009
PAY FREQUENCY : BI-WEEKLY

| | | | | |
|---|---|---|---|---|
| NIXON,SARAH BETH | ID NUMBER: QA35532606 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
| APT D | BASE RATE: 11.69 | FED: SINGLE 12 | FED: ST: | PRI: MO LOC1: LOC3: |
| 9082 TORCHLAMP LANE | SSN: | ST1: S 6 | DI / UC: | SEC: LOC2: LOC4: |
| ST LOUIS, MO 63121 | | ST2: | LOCAL: | LOC5: |

IMPORTANT MESSAGE

**HOURS AND EARNINGS**

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 80.00 | 935.44 | 224.00 | 2,619.24 |
| HOLIDAY | .00 | .00 | 16.00 | 187.09 |
| FL/PERS HOL | .00 | .00 | .00 | .00 |
| VACATION | .00 | .00 | .00 | .00 |
| SICK | .00 | .00 | .00 | .00 |
| OVERTIME | 63.75 | 1,118.14 | 186.00 | 3,262.34 |
| TOTAL H/E | 143.75 | 2,053.58 | 426.00 | 6,068.67 |

**TAXES AND DEDUCTIONS**

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 127.32 | 376.26 |
| MEDICARE TAX | 29.78 | 88.00 |
| FED INC TAX | 26.70 | 71.76 |
| PRI-STATE TAX | 81.00 | 243.00 |
| TOTAL TAXES | 264.80 | 779.02 |

SPECIAL INFORMATION

PRE-TAX ITEMS

**AFTER-TAX ITEMS**

| | | |
|---|---|---|
| ESLIF | 2.77 | 8.31 |

**CURRENT NET PAY DISTRIBUTION**

| | |
|---|---|
| C 003540429698 | 1,786.01 |
| CHECK AMOUNT | .00 |

| TOTAL | 143.75 | 2,053.58 | 426.00 | 6,068.67 |
|---|---|---|---|---|

| TOTAL PER DED | 2.77 | 8.31 |
|---|---|---|

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2,053.58 | .00 | 2,053.58 | 264.80 | 2.77 | 1,786.01 |
| Y-T-D | 6,068.67 | .00 | 6,068.67 | 779.02 | 8.31 | 5,281.34 |

TOTAL CURRENT NET PAY 1,786.01

© 2008 Ceridian Corporation. All rights reserved.