UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH B. NIXON, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09CV1896 HEA |
| ENTERPRISE CAR SALES CO., | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order dated October 13, 2011 [Doc# 93], and this same date,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Summary Judgment is entered in favor of Enterprise Car Sales Co. against Plaintiff Sarah B. Nixon, and the claims pending in Defendant Enterprise's Counterclaim are dismissed without prejudice.

Dated this 7th day of December, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE